McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHARLES HOCKENBERRY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | CASE NO. **2:03-CV-01160-PAN**<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND SIX HUNDRED SIXTY THREE AND 00/100 DOLLARS ($1,663.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

　　　This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the ONE THOUSAND SIX HUNDRED SIXTY THREE AND 00/100

DOLLARS ($1,663.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 7, 2005      /s/ Kevin C. Thurber
                          KEVIN C. THURBER
                          Attorney at Law

                          Attorney for Plaintiff


DATED: August 9, 2005     McGREGOR W. SCOTT
                          United States Attorney


                          By:  /s/ Bobbie J. Montoya
                          BOBBIE J. MONTOYA
                          Assistant U. S. Attorney

                          Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

THEOPHOUS H. REAGANS
Assistant Regional Counsel

U. S. Social Security Administration

---

Re: PHILLIP CHARLES HOCKENBERRY v. JO ANNE B. BARNHART, Case No. 2:04-CV-03-1160-PAN, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in CASE NO. 2:03-CV-01160-PAN, **PHILLIP CHARLES HOCKENBERRY v. Jo Anne B. Barnhart**, is hereby awarded attorney fees in the amount of $1,663.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

**DATED:  August 15, 2005.**                    /s/ Peter A. Nowinski
                                                                  **PETER A. NOWINSKI**
                                                                  **UNITED STATES MAGISTRATE JUDGE**